# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

RUSSELL PERCY DUNHAM,

        Petitioner,

v.                                    Case No. 12-CV-15322

LLOYD RAPELJE,

        Respondent.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus . . .," dated March 28, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Lloyd Rapelje and against Petitioner Russell Percy Dunham.  Dated at Detroit, Michigan, this 28th day of March, 2016.

                               DAVID J. WEAVER
                               CLERK OF THE COURT


                               S/Lisa G Wagner
                               By:  Lisa Wagner, Case Manager
                                    to Judge Robert H. Cleland